# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| JESSE JONES, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. CV408-228 |
| DONALD BARROW, | ) ) ) | |
| Respondent. | ) | |

## REPORT AND RECOMMENDATION

Before the Court is Jesse Jones' petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1.) This is the second petition he has filed attacking the same state court conviction. The first petition, still pending before the Court, was filed on November 3, 2008. <u>Jones v. Barrow</u>, No. CV408-209 (S.D. Ga.). Jones raises the same ground for relief in both petitions, alleging that counsel was ineffective for failing to investigate the facts of his case before advising him to plea guilty. Because this action is simply duplicative of another pending action, it should be **DISMISSED**.

See generally Fed. R. Civ. P. 42(a) (permissibly incorporated through Rule 11 of the Rules Governing § 2254 cases).

**SO REPORTED AND RECOMMENDED** this ___8th___ day of December, 2008.

>s/ G. R. SMITH
>**UNITED STATES MAGISTRATE JUDGE**
>**SOUTHERN DISTRICT OF GEORGIA**